# EXHIBIT A

## Mark Haye Transcations

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 4/7/2023 | Direct Deposit | | $ 1,984.00 | Commissions | Mark P Haye | |
| ADP | 6/30/2023 | Direct Deposit | | $ 14,182.40 | Commissions | Mark P Haye | |
| ADP | 7/14/2023 | Direct Deposit | | $ 2,182.40 | Commissions | Mark P Haye | |
| ADP | 7/28/2023 | Direct Deposit | | $ 4,000.00 | Commissions | Mark P Haye | |
| ADP | 8/11/2023 | Direct Deposit | | $ 12,400.00 | Commissions | Mark P Haye | |
| ADP | 8/25/2023 | Direct Deposit | | $ 2,800.00 | Commissions | Mark P Haye | |
| ADP | 9/8/2023 | Direct Deposit | | $ 9,240.00 | Commissions | Mark P Haye | |
| ADP | 9/22/2023 | Direct Deposit | | $ 15,535.11 | Commissions | Mark P Haye | |
| ADP | 10/6/2023 | Direct Deposit | | $ 16,840.00 | Commissions | Mark P Haye | |
| ADP | 10/20/2023 | Direct Deposit | | $ 46,520.24 | Commissions | Mark P Haye | |
| ADP | 11/3/2023 | Direct Deposit | | $ 34,492.64 | Commissions | Mark P Haye | |
| ADP | 11/17/2023 | Direct Deposit | | $ 47,610.00 | Commissions | Mark P Haye | |
| ADP | 12/1/2023 | Direct Deposit | | $ 42,499.35 | Commissions | Mark P Haye | |
| ADP | 12/15/2023 | Direct Deposit | | $ 26,060.96 | Commissions | Mark P Haye | |
| ADP | 12/29/2023 | Direct Deposit | | $ 41,330.46 | Commissions | Mark P Haye | |
| ADP | 1/12/2024 | Direct Deposit | | $ 40,480.77 | Commissions | Mark P Haye | |
| ADP | 1/26/2024 | Direct Deposit | | $ 73,955.00 | Commissions | Mark P Haye | |
| ADP | 2/23/2024 | Direct Deposit | | $ 113,468.42 | Commissions | Mark P Haye | |
| ADP | 3/8/2024 | Direct Deposit | | $ 100,277.75 | Commissions | Mark P Haye | |
| ADP | 3/22/2024 | Direct Deposit | | $ 45,485.90 | Commissions | Mark P Haye | |
| ADP | 4/5/2024 | Direct Deposit | | $ 117,376.18 | Commissions | Mark P Haye | |
| ADP | 4/19/2024 | Direct Deposit | | $ 47,429.78 | Commissions | Mark P Haye | |
| ADP | 5/3/2024 | Direct Deposit | | $ 77,736.48 | Commissions | Mark P Haye | |
| ADP | 5/17/2024 | Direct Deposit | | $ 92,900.62 | Commissions | Mark P Haye | |
| ADP | 5/31/2024 | Direct Deposit | | $ 81,880.18 | Commissions | Mark P Haye | |
| ADP | 6/14/2024 | Direct Deposit | | $ 96,684.32 | Commissions | Mark P Haye | |
| | | | | $ 74,004.00 | Commissions | Mark P Haye | |
| ****2951 | 3/29/2023 | Wire | $ 49,600.00 | | Investment | Mark P Haye | 20230329-00014357 |
| ****2951 | 6/22/2023 | Wire | $ 300,000.00 | | Investment | Mark P Haye | 20230622-00012850 |
| ****2951 | 7/14/2023 | Wire | $ 100,000.00 | | Investment | Mark P Haye | 20230714-00009586 |
| ****2951 | 8/8/2023 | Deposit | $ 200,000.00 | | Investment | Mark P Haye | |
| ****2951 | 10/6/2023 | Wire | | $ 13,200.00 | False Profits | Mark P Haye | 20231006-00012269 |
| ****2951 | 12/26/2023 | Wire | | $ 363,000.00 | False Profits | Mark P Haye | 20231226-00005962 |
| ****2951 | 12/28/2023 | Deposit | $ 100,000.00 | | Investment | Mark P Haye | |
| ****2951 | 12/28/2023 | Deposit | $ 300,000.00 | | Investment | Mark P Haye | |
| ****2951 | 2/9/2024 | Wire | | $ 242,000.00 | False Profits | Mark P Haye | 20240209-00015350 |
| ****2951 | 2/9/2024 | Deposit | $ 400,000.00 | | Investment | Mark P Haye | |
| ****2951 | 3/19/2024 | Deposit | $ 70,000.00 | | Investment | Mark P Haye | |
| ****2951 | 4/16/2024 | Deposit | $ 10,000.00 | | Investment | Mark P Haye | |
| | | | | | | | |
| | | | **$ 1,529,600.00** | **$ 1,897,556.96** | | | |

| | |
|---|---|
| **Net Gain** | **$ 367,956.96** |