# EXHIBIT B

## TMRW Solutions LLC Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 05/20/22 | Direct Deposit | | $ 3,600.00 | Commission | TMRW Solutions LLC | |
| ADP | 06/17/22 | Direct Deposit | | $ 8,956.08 | Commission | TMRW Solutions LLC | |
| ADP | 09/09/22 | Direct Deposit | | $ 8,482.00 | Commission | TMRW Solutions LLC | |
| ADP | 09/23/22 | Direct Deposit | | $ 8,000.00 | Commission | TMRW Solutions LLC | |
| ADP | 11/18/22 | Direct Deposit | | $ 1,600.00 | Commission | TMRW Solutions LLC | |
| ADP | 12/16/22 | Direct Deposit | | $ 15,200.00 | Commission | TMRW Solutions LLC | |
| ADP | 12/30/22 | Direct Deposit | | $ 10,000.00 | Commission | TMRW Solutions LLC | |
| ADP | 03/10/23 | Direct Deposit | | $ 10,400.00 | Commission | TMRW Solutions LLC | |
| ADP | 03/24/23 | Direct Deposit | | $ 19,600.00 | Commission | TMRW Solutions LLC | |
| ADP | 05/19/23 | Direct Deposit | | $ 4,000.00 | Commission | TMRW Solutions LLC | |
| ADP | 06/16/23 | Direct Deposit | | $ 24,579.39 | Commission | TMRW Solutions LLC | |
| ADP | 06/30/23 | Direct Deposit | | $ 8,000.00 | Commission | TMRW Solutions LLC | |
| ADP | 09/08/23 | Direct Deposit | | $ 7,725.00 | Commission | TMRW Solutions LLC | |
| ADP | 09/22/23 | Direct Deposit | | $ 22,422.00 | Commission | TMRW Solutions LLC | |
| ADP | 12/15/23 | Direct Deposit | | $ 23,417.00 | Commission | TMRW Solutions LLC | |
| ADP | 12/29/23 | Direct Deposit | | $ 8,824.20 | Commission | TMRW Solutions LLC | |
| ADP | 02/23/24 | Direct Deposit | | $ 5,513.00 | Commission | TMRW Solutions LLC | |
| ADP | 03/08/24 | Direct Deposit | | $ 3,288.00 | Commission | TMRW Solutions LLC | |
| ADP | 03/22/24 | Direct Deposit | | $ 12,687.00 | Commission | TMRW Solutions LLC | |
| ADP | 04/05/24 | Direct Deposit | | $ 4,400.00 | Commission | TMRW Solutions LLC | |
| ADP | 06/14/24 | Direct Deposit | | $ 15,982.26 | Commission | TMRW Solutions LLC | |
| 1100009132951.00 | 12/14/22 | Wire | $ 250,000.00 | | Investors | TMRW Living REV Trust | 20221214-00009124 |
| 1100009132951.00 | 06/15/23 | Wire | | $ 102,000.00 | Investors | The TMRW Society , IRV Trust | 20230615-00021541 |
| 1100009132951.00 | 09/15/23 | Wire | | $ 20,000.00 | Investors | The TMRW Society , IRV Trust | 20230915-00014376 |
| 1100009132951.00 | 03/15/24 | Wire | | $ 242,665.50 | Investors | The TMRW Society , IRV Trust | 20240315-00033633 |
| | | | | | | | |
| | | | **$ 250,000.00** | **$ 591,341.43** | | | |

| | |
|---|---|
| **Net Gains** | **$ 341,341.43** |