# EXHIBIT C

# Lonnie Murphy Financial & Ins Strategies

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 5/19/2023 | Direct Deposit | | $ 6,000.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 6/2/2023 | Direct Deposit | | $ 6,000.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 7/28/2023 | Direct Deposit | | $ 6,600.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 9/8/2023 | Direct Deposit | | $ 1,500.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 9/22/2023 | Direct Deposit | | $ 2,100.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 10/6/2023 | Direct Deposit | | $ 1,560.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 11/3/2023 | Direct Deposit | | $ 15,360.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 11/17/2023 | Direct Deposit | | $ 4,200.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 12/1/2023 | Direct Deposit | | $ 1,650.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 12/29/2023 | Direct Deposit | | $ 1,650.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 1/12/2024 | Direct Deposit | | $ 17,751.23 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 1/26/2024 | Direct Deposit | | $ 7,848.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 2/9/2024 | Direct Deposit | | $ 15,000.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 2/23/2024 | Direct Deposit | | $ 10,800.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 3/22/2024 | Direct Deposit | | $ 2,420.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 4/5/2024 | Direct Deposit | | $ 16,914.35 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 4/19/2024 | Direct Deposit | | $ 25,776.84 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 5/3/2024 | Direct Deposit | | $ 28,100.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 5/17/2024 | Direct Deposit | | $ 32,506.35 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| ADP | 6/14/2024 | Direct Deposit | | $ 4,512.00 | Commission | Lonnie Murphy Financial & Ins Strategies | |
| | | | | | | | |
| | | | | **$ 208,248.77** | | | |

| | |
|---|---|
| **Net Gains** | **$ 208,248.77** |