# EXHIBIT D

## Larry M. Speir Transactions

| Account | Date | Type | Deposit | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 07/28/23 | Direct Deposit | | $ 2,100.00 | Commission | Larry M Speir | |
| ADP | 08/11/23 | Direct Deposit | | $ 2,400.00 | Commission | Larry M Speir | |
| ADP | 08/25/23 | Direct Deposit | | $ 600.00 | Commission | Larry M Speir | |
| ADP | 09/08/23 | Direct Deposit | | $ 3,000.00 | Commission | Larry M Speir | |
| ADP | 10/06/23 | Direct Deposit | | $ 660.00 | Commission | Larry M Speir | |
| ADP | 10/20/23 | Direct Deposit | | $ 3,000.00 | Commission | Larry M Speir | |
| ADP | 11/03/23 | Direct Deposit | | $ 3,000.00 | Commission | Larry M Speir | |
| ADP | 11/17/23 | Direct Deposit | | $ 3,600.00 | Commission | Larry M Speir | |
| ADP | 12/01/23 | Direct Deposit | | $ 9,000.00 | Commission | Larry M Speir | |
| ADP | 12/15/23 | Direct Deposit | | $ 4,626.00 | Commission | Larry M Speir | |
| ADP | 12/29/23 | Direct Deposit | | $ 3,450.00 | Commission | Larry M Speir | |
| ADP | 01/12/24 | Direct Deposit | | $ 3,210.00 | Commission | Larry M Speir | |
| ADP | 01/26/24 | Direct Deposit | | $ 9,990.00 | Commission | Larry M Speir | |
| ADP | 02/09/24 | Direct Deposit | | $ 9,000.00 | Commission | Larry M Speir | |
| ADP | 02/23/24 | Direct Deposit | | $ 19,020.00 | Commission | Larry M Speir | |
| ADP | 03/08/24 | Direct Deposit | | $ 4,500.00 | Commission | Larry M Speir | |
| ADP | 03/22/24 | Direct Deposit | | $ 3,450.00 | Commission | Larry M Speir | |
| ADP | 04/05/24 | Direct Deposit | | $ 1,459.00 | Commission | Larry M Speir | |
| ADP | 04/19/24 | Direct Deposit | | $ 15,270.00 | Commission | Larry M Speir | |
| ADP | 05/03/24 | Direct Deposit | | $ 47,566.00 | Commission | Larry M Speir | |
| ADP | 05/17/24 | Direct Deposit | | $ 13,890.00 | Commission | Larry M Speir | |
| ADP | 05/31/24 | Direct Deposit | | $ 12,951.00 | Commission | Larry M Speir | |
| ADP | 06/14/24 | Direct Deposit | | $ 69,731.00 | Commission | Larry M Speir | |
| 1100009132951.00 | 06/30/23 | Wire | $ 20,000.00 | | Investors | Larry M Speir | 20230630-00030589 |
| 1100009132951.00 | 12/06/23 | Wire | $ 20,000.00 | | Investors | Larry M Speir | 20231206-00026120 |
| | | | | | | | |
| | | | **$ 40,000.00** | **$ 245,473.00** | | | |

| | |
|---|---|
| **Net Gains** | **$ 205,473.00** |