# EXHIBIT E

## Next Level Wealth Planning Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 6/16/2023 | Direct Deposit | | $ 1,760.00 | Commission | Next Level Wealth Planning | |
| ADP | 6/30/2023 | Direct Deposit | | $ 1,000.00 | Commission | Next Level Wealth Planning | |
| ADP | 7/14/2023 | Direct Deposit | | $ 1,000.00 | Commission | Next Level Wealth Planning | |
| ADP | 8/11/2023 | Direct Deposit | | $ 40,000.00 | Commission | Next Level Wealth Planning | |
| ADP | 8/25/2023 | Direct Deposit | | $ 4,000.00 | Commission | Next Level Wealth Planning | |
| ADP | 9/8/2023 | Direct Deposit | | $ 1,058.40 | Commission | Next Level Wealth Planning | |
| ADP | 9/22/2023 | Direct Deposit | | $ 3,036.00 | Commission | Next Level Wealth Planning | |
| ADP | 10/6/2023 | Direct Deposit | | $ 1,000.00 | Commission | Next Level Wealth Planning | |
| ADP | 11/3/2023 | Direct Deposit | | $ 20,833.60 | Commission | Next Level Wealth Planning | |
| ADP | 11/17/2023 | Direct Deposit | | $ 5,200.00 | Commission | Next Level Wealth Planning | |
| ADP | 12/1/2023 | Direct Deposit | | $ 1,418.24 | Commission | Next Level Wealth Planning | |
| ADP | 12/29/2023 | Direct Deposit | | $ 3,339.60 | Commission | Next Level Wealth Planning | |
| ADP | 1/12/2024 | Direct Deposit | | $ 4,500.00 | Commission | Next Level Wealth Planning | |
| ADP | 1/26/2024 | Direct Deposit | | $ 3,291.96 | Commission | Next Level Wealth Planning | |
| ADP | 2/9/2024 | Direct Deposit | | $ 20,000.00 | Commission | Next Level Wealth Planning | |
| ADP | 2/23/2024 | Direct Deposit | | $ 8,000.00 | Commission | Next Level Wealth Planning | |
| ADP | 3/8/2024 | Direct Deposit | | $ 240.06 | Commission | Next Level Wealth Planning | |
| ADP | 3/22/2024 | Direct Deposit | | $ 5,513.56 | Commission | Next Level Wealth Planning | |
| ADP | 4/5/2024 | Direct Deposit | | $ 11,010.00 | Commission | Next Level Wealth Planning | |
| ADP | 4/19/2024 | Direct Deposit | | $ 3,400.00 | Commission | Next Level Wealth Planning | |
| ADP | 5/3/2024 | Direct Deposit | | $ 21,008.66 | Commission | Next Level Wealth Planning | |
| ADP | 5/17/2024 | Direct Deposit | | $ 10,120.00 | Commission | Next Level Wealth Planning | |
| ADP | 5/31/2024 | Direct Deposit | | $ 264.07 | Commission | Next Level Wealth Planning | |
| | | | | | | | |
| | | | | **$ 170,994.15** | | | |

| | |
|---|---|
| **Net Gains** | **$ 170,994.15** |