# EXHIBIT F

# Bric Bradford Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 8/25/2023 | Direct Deposit | | $ 1,750.00 | Commission | Bradford, Bric | |
| ADP | 9/8/2023 | Direct Deposit | | $ 1,750.00 | Commission | Bradford, Bric | |
| ADP | 9/22/2023 | Direct Deposit | | $ 500.00 | Commission | Bradford, Bric | |
| ADP | 10/20/2023 | Direct Deposit | | $ 1,800.00 | Commission | Bradford, Bric | |
| ADP | 11/3/2023 | Direct Deposit | | $ 6,361.28 | Commission | Bradford, Bric | |
| ADP | 11/17/2023 | Direct Deposit | | $ 577.50 | Commission | Bradford, Bric | |
| ADP | 12/1/2023 | Direct Deposit | | $ 8,270.47 | Commission | Bradford, Bric | |
| ADP | 12/15/2023 | Direct Deposit | | $ 5,157.50 | Commission | Bradford, Bric | |
| ADP | 12/29/2023 | Direct Deposit | | $ 4,256.41 | Commission | Bradford, Bric | |
| ADP | 1/26/2024 | Direct Deposit | | $ 8,649.48 | Commission | Bradford, Bric | |
| ADP | 2/9/2024 | Direct Deposit | | $ 1,971.75 | Commission | Bradford, Bric | |
| ADP | 2/23/2024 | Direct Deposit | | $ 8,741.52 | Commission | Bradford, Bric | |
| ADP | 3/8/2024 | Direct Deposit | | $ 12,156.71 | Commission | Bradford, Bric | |
| ADP | 3/22/2024 | Direct Deposit | | $ 21,540.66 | Commission | Bradford, Bric | |
| ADP | 4/5/2024 | Direct Deposit | | $ 8,703.00 | Commission | Bradford, Bric | |
| ADP | 4/19/2024 | Direct Deposit | | $ 8,799.00 | Commission | Bradford, Bric | |
| ADP | 5/3/2024 | Direct Deposit | | $ 14,668.45 | Commission | Bradford, Bric | |
| ADP | 5/17/2024 | Direct Deposit | | $ 12,443.82 | Commission | Bradford, Bric | |
| ADP | 5/31/2024 | Direct Deposit | | $ 22,380.40 | Commission | Bradford, Bric | |
| ADP | 6/14/2024 | Direct Deposit | | $ 17,884.98 | Commission | Bradford, Bric | |
| | | | | | | | |
| | | | | **$ 168,362.93** | | | |

| | |
|---|---|
| **Net Gains** | **$ 168,362.93** |