# EXHIBIT G

## Zen Catalyst Partners-John Lin Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Indivudal/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 01/12/24 | Direct Deposit | | $ 12,671.00 | Commission | Zen Catalyst Partners LLC | |
| ADP | 02/09/24 | Direct Deposit | | $ 3,200.00 | Commission | Zen Catalyst Partners LLC | |
| ADP | 03/08/24 | Direct Deposit | | $ 13,535.16 | Commission | Zen Catalyst Partners LLC | |
| ADP | 03/22/24 | Direct Deposit | | $ 2,320.00 | Commission | Zen Catalyst Partners LLC | |
| ADP | 04/05/24 | Direct Deposit | | $ 6,560.00 | Commission | Zen Catalyst Partners LLC | |
| 1100009132951 | 06/01/23 | Wire | $ 114,020.00 | | Investors | John Lin | 20230601-00037432 |
| 1100009132951 | 07/17/23 | Wire | $ 109,491.00 | | Investors | John Lin | 20230717-00020333 |
| 1100009132951 | 08/14/23 | Wire | $ 31,100.00 | | Investors | Cornerstone Legacy Wealth LLC | 20230814-00018081 |
| 1100009132951 | 09/05/23 | Wire | | $ 10,000.00 | Investors | Cornerstone Wealth LLC | 20230905-00015381 |
| 1100009132951 | 10/27/23 | Wire | $ 20,012.94 | | Investors | Cornerstone Legacy Wealth LLC | 20231027-00009822 |
| 1100009132951 | 11/10/23 | Wire | $ 100,000.00 | | Investors | Cornerstone Wealth LLC | 20231110-00024314 |
| 1100009132951 | 11/14/23 | Wire | $ 100,000.00 | | Investors | Cornerstone Wealth LLC | 20231114-00019411 |
| 1100009132951 | 11/14/23 | Wire | $ 48,651.00 | | Investors | Cornerstone Wealth LLC | 20231114-00019421 |
| 1100009132951 | 11/15/23 | Wire | | $ 5,000.00 | Investors | John Lin | 20231115-00007465 |
| 1100009132951 | 12/04/23 | Wire | | $ 126,694.20 | Investors | John Lin | 20231204-00012761 |
| 1100009132951 | 12/06/23 | Wire | | $ 300.00 | Investors | John Lin | 20231206-00014112 |
| 1100009132951 | 12/29/23 | Wire | $ 48,122.00 | | Investors | Cornerstone Wealth LLC | 20231229-00027678 |
| 1100009132951 | 12/29/23 | Wire | $ 20,000.00 | | Investors | Cornerstone Legacy Wealth LLC | 20231229-00027726 |
| 1100009132951 | 01/11/24 | Wire | $ 60,000.00 | | Investors | Cornerstone Wealth LLC | 20240111-00017378 |
| 1100009132951 | 01/18/24 | Wire | | $ 112,484.11 | Investors | Cornerstone Wealth LLC | 20240118-00008765 |
| 1100009132951 | 01/29/24 | Wire | $ 20,000.00 | | Investors | Cornerstone Legacy Wealth LLC | 20240129-00027755 |
| 1100009132951 | 01/30/24 | Wire | | $ 22,014.23 | Investors | John Lin | 20240130-00000813 |
| 1100009132951 | 02/15/24 | Wire | | $ 19,137.00 | Investors | John Lin | 20240215-00012651 |
| 1100009132951 | 02/15/24 | Wire | | $ 12,131.00 | Investors | Cornerstone Legacy Wealth LLC | 20240215-00012552 |
| 1100009132951 | 04/09/24 | Wire | | $ 22,000.00 | Investors | John Lin | 20240409-00016398 |
| 1100009132951 | 04/09/24 | Wire | | $ 52,934.20 | Investors | Cornerstone Wealth LLC | 20240409-00016546 |
| 1100009132951 | 04/12/24 | Wire | | $ 66,000.00 | Investors | John Lin | 20240412-00015575 |
| 1100009132951 | 04/18/24 | Wire | | $ 22,000.00 | Investors | Cornerstone Wealth LLC | 20240418-00011473 |
| 1100009132951 | 04/30/24 | Wire | | $ 22,000.94 | Investors | Cornerstone Legacy Wealth LLC | 20240430-00039848 |
| 1100009132951 | 05/15/24 | Wire | | $ 279,817.01 | Investors | Cornerstone Wealth LLC | 20240515-00016260 |
| 1100009132951 | 05/15/24 | Wire | | $ 22,000.00 | Investors | Cornerstone Legacy Wealth LLC | 20240515-00016206 |
| | | | | | | | |
| | | | **$ 671,396.94** | **$ 832,798.85** | | | |

| | |
|---|---|
| **Net Gains** | **$ 161,401.91** |