**EXHIBIT H**

# Conferencista Pro Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 02/24/23 | Direct Deposit | | $ 650.00 | Commission | Conferencista Pro | |
| ADP | 03/10/23 | Direct Deposit | | $ 1,900.00 | Commission | Conferencista Pro | |
| ADP | 03/24/23 | Direct Deposit | | $ 3,030.00 | Commission | Conferencista Pro | |
| ADP | 04/07/23 | Direct Deposit | | $ 1,700.00 | Commission | Conferencista Pro | |
| ADP | 04/21/23 | Direct Deposit | | $ 1,100.00 | Commission | Conferencista Pro | |
| ADP | 05/05/23 | Direct Deposit | | $ 400.00 | Commission | Conferencista Pro | |
| ADP | 05/19/23 | Direct Deposit | | $ 2,218.00 | Commission | Conferencista Pro | |
| ADP | 06/02/23 | Direct Deposit | | $ 1,160.00 | Commission | Conferencista Pro | |
| ADP | 06/16/23 | Direct Deposit | | $ 2,020.00 | Commission | Conferencista Pro | |
| ADP | 06/30/23 | Direct Deposit | | $ 1,720.00 | Commission | Conferencista Pro | |
| ADP | 07/28/23 | Direct Deposit | | $ 4,301.85 | Commission | Conferencista Pro | |
| ADP | 08/11/23 | Direct Deposit | | $ 3,310.00 | Commission | Conferencista Pro | |
| ADP | 08/25/23 | Direct Deposit | | $ 2,973.00 | Commission | Conferencista Pro | |
| ADP | 09/08/23 | Direct Deposit | | $ 4,742.00 | Commission | Conferencista Pro | |
| ADP | 09/22/23 | Direct Deposit | | $ 3,608.00 | Commission | Conferencista Pro | |
| ADP | 10/06/23 | Direct Deposit | | $ 1,699.50 | Commission | Conferencista Pro | |
| ADP | 11/03/23 | Direct Deposit | | $ 6,572.77 | Commission | Conferencista Pro | |
| ADP | 11/17/23 | Direct Deposit | | $ 15,791.77 | Commission | Conferencista Pro | |
| ADP | 12/01/23 | Direct Deposit | | $ 17,538.40 | Commission | Conferencista Pro | |
| ADP | 12/15/23 | Direct Deposit | | $ 7,938.30 | Commission | Conferencista Pro | |
| ADP | 12/29/23 | Direct Deposit | | $ 8,275.28 | Commission | Conferencista Pro | |
| ADP | 01/12/24 | Direct Deposit | | $ 6,542.10 | Commission | Conferencista Pro | |
| ADP | 01/26/24 | Direct Deposit | | $ 9,430.05 | Commission | Conferencista Pro | |
| ADP | 02/09/24 | Direct Deposit | | $ 7,586.50 | Commission | Conferencista Pro | |
| ADP | 02/23/24 | Direct Deposit | | $ 27,459.05 | Commission | Conferencista Pro | |
| ADP | 03/08/24 | Direct Deposit | | $ 19,138.84 | Commission | Conferencista Pro | |
| ADP | 03/22/24 | Direct Deposit | | $ 16,783.70 | Commission | Conferencista Pro | |
| ADP | 04/05/24 | Direct Deposit | | $ 6,883.23 | Commission | Conferencista Pro | |
| ADP | 04/19/24 | Direct Deposit | | $ 11,627.41 | Commission | Conferencista Pro | |
| ADP | 05/03/24 | Direct Deposit | | $ 16,385.55 | Commission | Conferencista Pro | |
| ADP | 05/17/24 | Direct Deposit | | $ 24,765.97 | Commission | Conferencista Pro | |
| ADP | 05/31/24 | Direct Deposit | | $ 34,174.77 | Commission | Conferencista Pro | |
| ADP | 06/14/24 | Direct Deposit | | $ 17,227.44 | Commission | Conferencista Pro | |
| 1100009132951 | 09/15/23 | Wire | $ 20,000.00 | | Investors | Conferencista Pro | 20230915-00022510 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1100009132951 | 11/17/23 | Wire | $ 20,000.00 | | Investors | Conferencista Pro | 20231117-00013968 |
| 1100009132951 | 02/14/24 | Wire | $ 20,000.00 | | Investors | Conferencista Pro | 20240214-00018757 |
| 1100009132951 | 03/15/24 | Wire | $ 35,800.00 | | Investors | Conferencista Pro | 20240315-00033225 |
| 1100009132951 | 05/13/24 | Wire | $ 23,800.00 | | Investors | Conferencista Pro | 20240513-00004648 |
| 1100009132951 | 06/03/24 | Wire | $ 11,030.00 | | Investors | Conferencista Pro | 20240603-00018477 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **$ 130,630.00** | **$ 290,653.48** | | | |

| | |
|---|---|
| **Net Gains** | **$ 160,023.48** |