# EXHIBIT I

## Pablo Casas/ROCA Fortuna LLC Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 6/14/2024 | Direct Deposit | | $ 3,000.00 | Commission | Roca Fortuna LLC | |
| ADP | 5/31/2024 | Direct Deposit | | $ 12,814.00 | Commission | Roca Fortuna LLC | |
| ADP | 5/3/2024 | Direct Deposit | | $ 11,220.00 | Commission | Roca Fortuna LLC | |
| ADP | 4/19/2024 | Direct Deposit | | $ 10,144.00 | Commission | Roca Fortuna LLC | |
| ADP | 4/5/2024 | Direct Deposit | | $ 19,760.00 | Commission | Roca Fortuna LLC | |
| ADP | 3/8/2024 | Direct Deposit | | $ 4,650.00 | Commission | Roca Fortuna LLC | |
| ADP | 2/23/2024 | Direct Deposit | | $ 2,310.00 | Commission | Roca Fortuna LLC | |
| ADP | 2/9/2024 | Direct Deposit | | $ 1,126.00 | Commission | Roca Fortuna LLC | |
| ADP | 1/26/2024 | Direct Deposit | | $ 350.00 | Commission | Roca Fortuna LLC | |
| ADP | 1/12/2024 | Direct Deposit | | $ 5,705.00 | Commission | Roca Fortuna LLC | |
| 1100009132951 | 01/31/22 | Wire | $ 10.00 | | Investors | Roca Construction LLC | 20220131-00004053 |
| 1100009132951 | 02/01/22 | Wire | $ 600,000.00 | | Investors | Roca Construction LLC | 20220201-00005139 |
| 1100009132951 | 02/01/22 | Wire | $ 640,000.00 | | Investors | Roca Construction LLC | 20220201-00000432 |
| 1100009132951 | 11/02/22 | Wire | | $ 1,550,440.00 | Investors | Roca Construction LLC | 20221102-00021018 |
| 1100009132951 | 11/07/22 | Wire | $ 100,000.00 | | Investors | Roca Construction LLC | 20221107-00014247 |
| 1100009132951 | 12/01/22 | Wire | $ 100,000.00 | | Investors | Roca Construction LLC | 20221201-00002208 |
| 1100009132951 | 12/30/22 | Wire | $ 100,000.00 | | Investors | Roca Construction LLC | 20221230-00026901 |
| 1100009132951 | 02/02/23 | Wire | | $ 10,000.00 | Investors | Roca Construction LLC | 20230202-00002282 |
| 1100009132951 | 02/08/23 | Wire | | $ 5,000.00 | Investors | Roca Construction LLC | 20230208-00001977 |
| 1100009132951 | 03/02/23 | Wire | | $ 15,000.00 | Investors | Roca Construction LLC | 20230302-00004896 |
| 1100009132951 | 03/31/23 | Wire | | $ 10,000.00 | Investors | Roca Construction LLC | 20230331-00012864 |
| 1100009132951 | 05/02/23 | Wire | | $ 5,000.00 | Investors | Roca Construction LLC | 20230502-00014234 |
| 1100009132951 | 06/02/23 | Wire | | $ 104,500.00 | Investors | Roca Construction LLC | 20230602-00002622 |
| 1100009132951 | 06/30/23 | Wire | | $ 110,000.00 | Investors | Roca Construction LLC | 20230630-00025493 |
| 1100009132951 | 08/02/23 | Wire | | $ 115,500.00 | Investors | Roca Construction LLC | 20230802-00008314 |
| 1100009132951 | 08/08/23 | Wire | | $ 127,050.00 | Investors | Roca Construction LLC | 20230808-00011715 |
| 1100009132951 | 05/02/22 | Wire | $ 40,000.00 | | Investors | Roca Group LLC | 20220502-00001567 |
| 1100009132951 | 06/06/22 | Wire | $ 40,000.00 | | Investors | Roca Group LLC | 20220606-00001940 |
| 1100009132951 | 07/01/22 | Wire | $ 40,000.00 | | Investors | Roca Group LLC | 20220701-00016282 |
| 1100009132951 | 08/01/22 | Wire | $ 9,000.00 | | Investors | Roca Group LLC | 20220801-00002102 |
| 1100009132951 | 08/01/22 | Wire | $ 83,000.00 | | Investors | Roca Group LLC | 20220801-00002109 |
| 1100009132951 | 09/07/22 | Wire | $ 9,000.00 | | Investors | Roca Group LLC | 20220907-00001889 |
| 1100009132951 | 10/03/22 | Wire | $ 9,000.00 | | Investors | Roca Group LLC | 20221003-00002405 |
| 1100009132951 | 11/03/22 | Wire | $ 545,000.00 | | Investors | Roca Group LLC | 20221103-00001653 |
| 1100009132951 | 12/01/22 | Wire | $ 53,000.00 | | Investors | Roca Group LLC | 20221201-00002206 |
| 1100009132951 | 12/01/22 | Wire | $ 208,000.00 | | Investors | Roca Group LLC | 20221201-00002203 |
| 1100009132951 | 12/30/22 | Wire | $ 202,700.00 | | Investors | Roca Group LLC | 20221230-00027764 |
| 1100009132951 | 08/03/23 | Wire | $ 875,000.00 | | Investors | Roca Group LLC | 20230803-00025061 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1100009132951 | 12/07/22 | Wire | | $ 58,300.00 | Investors | Roca Group LLC | 20221207-00002098 |
| 1100009132951 | 02/03/23 | Wire | | $ 15,000.00 | Investors | Roca Group LLC | 20230203-00002293 |
| 1100009132951 | 03/02/23 | Wire | | $ 86,000.00 | Investors | Roca Group LLC | 20230302-00004944 |
| 1100009132951 | 04/03/23 | Wire | | $ 68,000.00 | Investors | Roca Group LLC | 20230403-00010265 |
| 1100009132951 | 05/03/23 | Wire | | $ 16,000.00 | Investors | Roca Group LLC | 20230503-00006266 |
| 1100009132951 | 06/02/23 | Wire | | $ 221,210.00 | Investors | Roca Group LLC | 20230602-00002464 |
| 1100009132951 | 07/05/23 | Wire | | $ 241,010.00 | Investors | Roca Group LLC | 20230705-00011792 |
| 1100009132951 | 08/02/23 | Wire | | $ 121,520.30 | Investors | Roca Group LLC | 20230802-00008340 |
| 1100009132951 | 08/03/23 | Wire | | $ 767,242.30 | Investors | Roca Group LLC | 20230803-00015630 |
| 1100009132951 | 08/04/23 | Wire | | $ 875,000.00 | Investors | Roca Group LLC | 20230804-00008985 |
| 1100009132951 | 05/22/24 | Wire | $ 55,000.00 | | Investors | Roca Legacy LLC | 20240522-00001920 |
| 1100009132951 | 06/10/24 | Wire | $ 105,000.00 | | Investors | Roca Legacy LLC | 20240610-00001423 |
| 1100009132951 | 06/30/23 | Wire | $ 430,000.00 | | Investors | Roca Legacy LLC | 20230630-00049210 |
| 1100009132951 | 08/30/23 | Wire | $ 310,000.00 | | Investors | Roca Legacy LLC | 20230830-00001755 |
| 1100009132951 | 10/02/23 | Wire | | $ 35,000.00 | Investors | Roca Legacy LLC | 20231002-00001686 |
| 1100009132951 | 12/01/23 | Wire | | $ 48,000.00 | Investors | Roca Legacy LLC | 20231201-00015046 |
| 1100009132951 | 01/02/24 | Wire | | $ 136,500.00 | Investors | Roca Legacy LLC | 20240102-00003231 |
| 1100009132951 | 02/07/24 | Wire | | $ 485,000.00 | Investors | Roca Legacy LLC | 20240207-00014510 |
| 1100009132951 | 02/13/24 | Wire | $ 35,500.00 | | Investors | Roca Legacy LLC | 20240213-00017067 |
| 1100009132951 | 03/01/24 | Wire | | $ 213,000.00 | Investors | Roca Legacy LLC | 20240301-00036488 |
| 1100009132951 | 03/25/24 | Wire | $ 71,000.00 | | Investors | Roca Legacy LLC | 20240325-00005866 |
| 1100009132951 | 05/07/24 | Wire | | $ 120,000.00 | Investors | Roca Legacy LLC | 20240507-00009697 |
| 1100009132951 | 08/04/23 | Wire | $ 875,000.00 | | Investors | Roca Legacy LLC | 20230804-00019802 |
| 1100009132951 | 12/01/21 | Deposit | $ 40,000.00 | | Investors | Roca Pro LLC | |
| 1100009132951 | 11/03/22 | Wire | $ 60,000.00 | | Investors | Roca Pro LLC | 20221103-00001654 |
| 1100009132951 | 12/01/22 | Wire | $ 8,436.00 | | Investors | Roca Pro LLC | 20221201-00002209 |
| 1100009132951 | 12/30/22 | Wire | $ 60,000.00 | | Investors | Roca Pro LLC | 20221230-00027299 |
| 1100009132951 | 02/06/23 | Wire | | $ 6,000.00 | Investors | Roca Pro LLC | 20230206-00002231 |
| 1100009132951 | 03/02/23 | Wire | | $ 6,000.00 | Investors | Roca Pro LLC | 20230302-00004964 |
| 1100009132951 | 03/31/23 | Wire | | $ 6,000.00 | Investors | Roca Pro LLC | 20230331-00012924 |
| 1100009132951 | 05/04/23 | Wire | | $ 6,000.00 | Investors | Roca Pro LLC | 20230504-00013112 |
| 1100009132951 | 06/07/23 | Wire | | $ 74,470.00 | Investors | Roca Pro LLC | 20230607-00010310 |
| 1100009132951 | 06/30/23 | Wire | | $ 66,000.00 | Investors | Roca Pro LLC | 20230630-00025492 |
| 1100009132951 | 08/04/23 | Wire | | $ 66,000.00 | Investors | Roca Pro LLC | 20230804-00013375 |
| | | | | | | | |
| | | | **$ 5,703,646.00** | **$ 5,860,821.60** | | | |

| | |
|---|---|
| **Net Gains** | **$ 157,175.60** |