# EXHIBIT J

# Heidi Drummond Transactions

| Account | Date | Type | Deposit | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 05/20/22 | Direct Deposit | | $ 537.50 | Commission | Heidi Drummond | |
| ADP | 06/03/22 | Direct Deposit | | $ 750.00 | Commission | Heidi Drummond | |
| ADP | 06/17/22 | Direct Deposit | | $ 2,150.00 | Commission | Heidi Drummond | |
| ADP | 07/29/22 | Direct Deposit | | $ 150.00 | Commission | Heidi Drummond | |
| ADP | 08/26/22 | Direct Deposit | | $ 508.75 | Commission | Heidi Drummond | |
| ADP | 09/09/22 | Direct Deposit | | $ 3,876.50 | Commission | Heidi Drummond | |
| ADP | 10/21/22 | Direct Deposit | | $ 300.00 | Commission | Heidi Drummond | |
| ADP | 11/04/22 | Direct Deposit | | $ 165.00 | Commission | Heidi Drummond | |
| ADP | 11/18/22 | Direct Deposit | | $ 724.63 | Commission | Heidi Drummond | |
| ADP | 12/02/22 | Direct Deposit | | $ 2,752.50 | Commission | Heidi Drummond | |
| ADP | 12/16/22 | Direct Deposit | | $ 2,381.50 | Commission | Heidi Drummond | |
| ADP | 12/30/22 | Direct Deposit | | $ 450.00 | Commission | Heidi Drummond | |
| ADP | 01/13/23 | Direct Deposit | | $ 247.50 | Commission | Heidi Drummond | |
| ADP | 01/27/23 | Direct Deposit | | $ 200.00 | Commission | Heidi Drummond | |
| ADP | 02/10/23 | Direct Deposit | | $ 181.50 | Commission | Heidi Drummond | |
| ADP | 02/24/23 | Direct Deposit | | $ 2,435.68 | Commission | Heidi Drummond | |
| ADP | 03/10/23 | Direct Deposit | | $ 5,112.66 | Commission | Heidi Drummond | |
| ADP | 03/24/23 | Direct Deposit | | $ 634.65 | Commission | Heidi Drummond | |
| ADP | 04/21/23 | Direct Deposit | | $ 583.00 | Commission | Heidi Drummond | |
| ADP | 05/05/23 | Direct Deposit | | $ 2,199.65 | Commission | Heidi Drummond | |
| ADP | 05/19/23 | Direct Deposit | | $ 620.95 | Commission | Heidi Drummond | |
| ADP | 06/02/23 | Direct Deposit | | $ 2,035.72 | Commission | Heidi Drummond | |
| ADP | 06/30/23 | Direct Deposit | | $ 495.00 | Commission | Heidi Drummond | |
| 1100009132951 | 03/01/22 | Wire | $ 200,000.00 | | Investors | Heidi Drummond | 20220301-00030604 |
| 1100009132951 | 08/12/22 | Wire | $ 20,075.00 | | Investors | Heidi Drummond | 20220812-00011654 |
| 1100009132951 | 03/11/22 | Wire | | $ 2,000.00 | Investors | Heidi Drummond | 20220311-00001145 |
| 1100009132951 | 06/02/22 | Wire | | $ 20,000.00 | Investors | Heidi Drummond | 20220602-00002195 |
| 1100009132951 | 09/02/22 | Wire | | $ 20,000.00 | Investors | Heidi Drummond | 20220902-00013566 |
| 1100009132951 | 12/02/22 | Wire | | $ 20,000.00 | Investors | Heidi Drummond | 20221202-00002264 |
| 1100009132951 | 03/02/23 | Wire | | $ 20,000.00 | Investors | Heidi Drummond | 20230302-00004432 |
| 1100009132951 | 06/07/23 | Wire | | $ 220,000.00 | Investors | Heidi Drummond | 20230607-00009323 |
| 1100009132951 | 08/10/22 | Wire | | $ 8,250.00 | Investors | Heidi Drummond | 20220810-00013502 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1100009132951 | 08/10/22 | Wire | | $ 20,075.00 | Investors | Heidi Drummond | 20220810-00013403 |
| 1100009132951 | 08/10/23 | Wire | | $ 73,525.99 | Investors | Heidi Drummond | 20230810-00018721 |
| 1100009132951 | 05/09/22 | Wire | $ 25,750.00 | | Investors | Heidi Drummond | 20220509-00012864 |
| 1100009132951 | 02/23/23 | Wire | $ 26,500.00 | | Investors | Heidi Drummond | 20230223-00018185 |
| 1100009132951 | 05/19/23 | Wire | $ 8,300.00 | | Investors | Heidi Drummond | 20230519-00020262 |
| | | | | | | | |
| | | | **$ 280,625.00** | **$ 433,343.68** | | | |

| | |
|---|---|
| **Net Gains** | **$ 152,718.68** |