# EXHIBIT K

## Michael Mumford Transctions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 3/10/2023 | Direct Deposit | | $ 1,521.64 | Commission | Michial Mumford | |
| ADP | 3/24/2023 | Direct Deposit | | $ 725.11 | Commission | Michial Mumford | |
| ADP | 4/21/2023 | Direct Deposit | | $ 750.00 | Commission | Michial Mumford | |
| ADP | 5/19/2023 | Direct Deposit | | $ 4,327.54 | Commission | Michial Mumford | |
| ADP | 6/2/2023 | Direct Deposit | | $ 825.00 | Commission | Michial Mumford | |
| ADP | 6/16/2023 | Direct Deposit | | $ 797.63 | Commission | Michial Mumford | |
| ADP | 6/30/2023 | Direct Deposit | | $ 825.00 | Commission | Michial Mumford | |
| ADP | 8/11/2023 | Direct Deposit | | $ 3,713.10 | Commission | Michial Mumford | |
| ADP | 8/25/2023 | Direct Deposit | | $ 907.50 | Commission | Michial Mumford | |
| ADP | 9/22/2023 | Direct Deposit | | $ 3,033.31 | Commission | Michial Mumford | |
| ADP | 10/6/2023 | Direct Deposit | | $ 3,033.31 | Commission | Michial Mumford | |
| ADP | 10/20/2023 | Direct Deposit | | $ 843.44 | Commission | Michial Mumford | |
| ADP | 11/17/2023 | Direct Deposit | | $ 5,079.56 | Commission | Michial Mumford | |
| ADP | 12/1/2023 | Direct Deposit | | $ 1,014.30 | Commission | Michial Mumford | |
| ADP | 12/15/2023 | Direct Deposit | | $ 3,215.00 | Commission | Michial Mumford | |
| ADP | 12/29/2023 | Direct Deposit | | $ 4,918.19 | Commission | Michial Mumford | |
| ADP | 1/12/2024 | Direct Deposit | | $ 2,437.88 | Commission | Michial Mumford | |
| ADP | 1/26/2024 | Direct Deposit | | $ 750.00 | Commission | Michial Mumford | |
| ADP | 2/9/2024 | Direct Deposit | | $ 9,188.66 | Commission | Michial Mumford | |
| ADP | 2/23/2024 | Direct Deposit | | $ 6,110.62 | Commission | Michial Mumford | |
| ADP | 3/8/2024 | Direct Deposit | | $ 13,905.03 | Commission | Michial Mumford | |
| ADP | 3/22/2024 | Direct Deposit | | $ 8,264.91 | Commission | Michial Mumford | |
| ADP | 4/5/2024 | Direct Deposit | | $ 21,425.56 | Commission | Michial Mumford | |
| ADP | 4/19/2024 | Direct Deposit | | $ 20,977.50 | Commission | Michial Mumford | |
| ADP | 5/3/2024 | Direct Deposit | | $ 8,108.99 | Commission | Michial Mumford | |
| ADP | 5/31/2024 | Direct Deposit | | $ 23,344.39 | Commission | Michial Mumford | |
| ADP | 6/14/2024 | Direct Deposit | | $ 2,318.26 | Commission | Michial Mumford | |
| | | | | | | | |
| | | | | **$ 152,361.43** | | | |

| | |
|---|---|
| **Net Gains** | **$ 152,361.43** |