# EXHIBIT L

## Sheryl Nolan Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 5/20/2022 | Direct Deposit | | $ 1,100.00 | Commission | Sheryl Nolan | |
| ADP | 7/1/2022 | Direct Deposit | | $ 1,600.00 | Commission | Sheryl Nolan | |
| ADP | 8/26/2022 | Direct Deposit | | $ 1,210.00 | Commission | Sheryl Nolan | |
| ADP | 9/23/2022 | Direct Deposit | | $ 550.00 | Commission | Sheryl Nolan | |
| ADP | 10/7/2022 | Direct Deposit | | $ 1,210.00 | Commission | Sheryl Nolan | |
| ADP | 11/18/2022 | Direct Deposit | | $ 1,331.00 | Commission | Sheryl Nolan | |
| ADP | 12/30/2022 | Direct Deposit | | $ 550.00 | Commission | Sheryl Nolan | |
| ADP | 1/13/2023 | Direct Deposit | | $ 1,331.00 | Commission | Sheryl Nolan | |
| ADP | 1/27/2023 | Direct Deposit | | $ 1,000.00 | Commission | Sheryl Nolan | |
| ADP | 2/24/2023 | Direct Deposit | | $ 1,864.10 | Commission | Sheryl Nolan | |
| ADP | 3/24/2023 | Direct Deposit | | $ 665.50 | Commission | Sheryl Nolan | |
| ADP | 4/7/2023 | Direct Deposit | | $ 1,464.10 | Commission | Sheryl Nolan | |
| ADP | 4/21/2023 | Direct Deposit | | $ 1,100.00 | Commission | Sheryl Nolan | |
| ADP | 5/19/2023 | Direct Deposit | | $ 440.00 | Commission | Sheryl Nolan | |
| 1100009132951.00 | 2/10/2022 | Wire | $ 25,000.00 | | Investors | Sheryl Nolan | 20220210-00010465 |
| 1100009132951.00 | 2/11/2022 | Wire | $ 25,000.00 | | Investors | Sheryl Nolan | 20220211-00012239 |
| 1100009132951.00 | 3/7/2022 | Wire | | $ 1,000.00 | Investors | Sheryl Nolan | 20220307-00017163 |
| 1100009132951.00 | 3/28/2022 | Wire | $ 50,000.00 | | Investors | Sheryl Nolan | 20220328-00022364 |
| 1100009132951.00 | 4/8/2022 | Wire | | $ 1,000.00 | Investors | Sheryl Nolan | 20220408-00002568 |
| 1100009132951.00 | 6/16/2022 | Wire | $ 25,000.00 | | Investors | Sheryl Nolan | 20220616-00023206 |
| 1100009132951.00 | 1/11/2023 | Wire | $ 50,000.00 | | Investors | Sheryl Nolan | 20230111-00025080 |
| 1100009132951.00 | 5/12/2023 | Wire | | $ 80,525.50 | Investors | Sheryl Nolan | 20230512-00001521 |
| 1100009132951.00 | 6/20/2023 | Wire | | $ 36,602.50 | Investors | Sheryl Nolan | 20230620-00017855 |
| 1100009132951.00 | 6/29/2023 | Wire | | $ 80,525.50 | Investors | Sheryl Nolan | 20230629-00023852 |
| 1100009132951.00 | 7/12/2023 | Wire | | $ 60,500.00 | Investors | Sheryl Nolan | 20230712-00015649 |
| | | | | | | | |
| | | | **$175,000.00** | **$ 275,569.20** | | | |

| | |
|---|---|
| **Net Gains** | **$ 100,569.20** |