# EXHIBIT M

## Max-Stephane Bosse Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 9/23/2022 | Direct Deposit | | $ 480.00 | Commission | Max-Stephane Bosse | |
| ADP | 11/4/2022 | Direct Deposit | | $ 3,020.70 | Commission | Max-Stephane Bosse | |
| ADP | 12/16/2022 | Direct Deposit | | $ 528.00 | Commission | Max-Stephane Bosse | |
| ADP | 1/27/2023 | Direct Deposit | | $ 3,322.77 | Commission | Max-Stephane Bosse | |
| ADP | 2/10/2023 | Direct Deposit | | $ 783.00 | Commission | Max-Stephane Bosse | |
| ADP | 3/10/2023 | Direct Deposit | | $ 580.00 | Commission | Max-Stephane Bosse | |
| ADP | 4/21/2023 | Direct Deposit | | $ 4,669.96 | Commission | Max-Stephane Bosse | |
| ADP | 5/19/2023 | Direct Deposit | | $ 861.50 | Commission | Max-Stephane Bosse | |
| ADP | 6/2/2023 | Direct Deposit | | $ 2,827.39 | Commission | Max-Stephane Bosse | |
| ADP | 6/16/2023 | Direct Deposit | | $ 638.88 | Commission | Max-Stephane Bosse | |
| ADP | 7/28/2023 | Direct Deposit | | $ 5,137.40 | Commission | Max-Stephane Bosse | |
| ADP | 8/11/2023 | Direct Deposit | | $ 947.69 | Commission | Max-Stephane Bosse | |
| ADP | 9/8/2023 | Direct Deposit | | $ 3,111.78 | Commission | Max-Stephane Bosse | |
| ADP | 9/22/2023 | Direct Deposit | | $ 1,161.42 | Commission | Max-Stephane Bosse | |
| ADP | 10/20/2023 | Direct Deposit | | $ 1,228.58 | Commission | Max-Stephane Bosse | |
| ADP | 11/3/2023 | Direct Deposit | | $ 4,422.60 | Commission | Max-Stephane Bosse | |
| ADP | 11/17/2023 | Direct Deposit | | $ 1,042.00 | Commission | Max-Stephane Bosse | |
| ADP | 12/1/2023 | Direct Deposit | | $ 4,619.35 | Commission | Max-Stephane Bosse | |
| ADP | 12/15/2023 | Direct Deposit | | $ 3,600.00 | Commission | Max-Stephane Bosse | |
| ADP | 12/29/2023 | Direct Deposit | | $ 2,717.55 | Commission | Max-Stephane Bosse | |
| ADP | 1/26/2024 | Direct Deposit | | $ 3,746.89 | Commission | Max-Stephane Bosse | |
| ADP | 2/9/2024 | Direct Deposit | | $ 2,469.39 | Commission | Max-Stephane Bosse | |
| ADP | 2/23/2024 | Direct Deposit | | $ 3,792.78 | Commission | Max-Stephane Bosse | |
| ADP | 3/8/2024 | Direct Deposit | | $ 4,535.26 | Commission | Max-Stephane Bosse | |
| ADP | 3/22/2024 | Direct Deposit | | $ 6,679.30 | Commission | Max-Stephane Bosse | |
| ADP | 4/5/2024 | Direct Deposit | | $ 1,560.00 | Commission | Max-Stephane Bosse | |
| ADP | 4/19/2024 | Direct Deposit | | $ 1,486.56 | Commission | Max-Stephane Bosse | |
| ADP | 5/3/2024 | Direct Deposit | | $ 8,951.37 | Commission | Max-Stephane Bosse | |
| ADP | 5/17/2024 | Direct Deposit | | $ 4,082.18 | Commission | Max-Stephane Bosse | |
| ADP | 5/31/2024 | Direct Deposit | | $ 4,988.78 | Commission | Max-Stephane Bosse | |
| ADP | 6/14/2024 | Direct Deposit | | $ 6,490.00 | Commission | Max-Stephane Bosse | |
| | | | | | | | |
| | | | | **$ 94,483.08** | | | |

| | |
|---|---|
| **Net Gains** | **$ 94,483.08** |