# EXHIBIT N

# Daniel R Steere Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Indivdual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 03/24/23 | Direct Deposit | | $ 2,111.62 | Commission | Daniel R Steere | |
| ADP | 06/02/23 | Direct Deposit | | $ 15,000.00 | Commission | Daniel R Steere | |
| ADP | 08/11/23 | Direct Deposit | | $ 2,322.79 | Commission | Daniel R Steere | |
| ADP | 08/25/23 | Direct Deposit | | $ 1,200.00 | Commission | Daniel R Steere | |
| ADP | 09/08/23 | Direct Deposit | | $ 17,120.07 | Commission | Daniel R Steere | |
| ADP | 09/22/23 | Direct Deposit | | $ 13,500.00 | Commission | Daniel R Steere | |
| ADP | 12/01/23 | Direct Deposit | | $ 33,663.34 | Commission | Daniel R Steere | |
| ADP | 12/29/23 | Direct Deposit | | $ 2,332.07 | Commission | Daniel R Steere | |
| ADP | 03/08/24 | Direct Deposit | | $ 36,425.25 | Commission | Daniel R Steere | |
| ADP | 04/19/24 | Direct Deposit | | $ 600.00 | Commission | Daniel R Steere | |
| ADP | 05/31/24 | Direct Deposit | | $ 33,647.77 | Commission | Daniel R Steere | |
| 1100009132951 | 11/15/22 | Wire | $ 40,000.00 | | Real | Daniel R Steere | 20221115-00012113 |
| 1100009132951 | 08/18/23 | Wire | $ 40,000.00 | | Real | Daniel R Steere | 20230818-00007992 |
| 1100009132951 | 09/07/23 | Wire | | $ 14,500.00 | Real | Daniel R Steere | 20230907-00026217 |
| 1100009132951 | 09/20/23 | Wire | | $ 14,500.00 | Real | Daniel R Steere | 20230920-00013221 |
| 1100009132951 | 11/15/23 | Wire | $ 28,861.48 | | Real | Daniel R Steere | 20231115-00007632 |
| 1100009132951 | 02/16/23 | Wire | | $ 4,000.00 | Real | Daniel R Steere | 20230216-00022998 |
| 1100009132951 | 05/19/23 | Wire | | $ 4,000.00 | Real | Daniel R Steere | 20230519-00010267 |
| 1100009132951 | 08/16/23 | Wire | | $ 44,000.00 | Real | Daniel R Steere | 20230816-00016650 |
| 1100009132951 | 02/21/24 | Wire | | $ 8,400.00 | Real | Daniel R Steere | 20240221-00013739 |
| 1100009132951 | 03/04/24 | Wire | | $ 17,257.04 | Real | Daniel R Steere | 20240304-00001146 |
| 1100009132951 | 03/02/23 | Wire | $ 70,387.55 | | Real | Daniel Steere | 20230302-00021878 |
| 1100009132951 | 05/21/24 | Wire | | $ 4,000.00 | Real | Steering Ventures | 20240521-00010813 |
| | | | | | | | |
| | | | **$ 179,249.03** | **$ 268,579.95** | | | |

| | |
|---|---|
| **Net Gains** | **$89,330.92** |