# EXHIBIT O

## Bradley Johnson Transactions

| Account | Date | Type | Deposit/CC Pmts | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 8/25/2023 | Direct Deposit | | $ 2,400.00 | Commission | Bradley Johnson | |
| ADP | 10/6/2023 | Direct Deposit | | $ 600.00 | Commission | Bradley Johnson | |
| ADP | 10/20/2023 | Direct Deposit | | $ 1,800.00 | Commission | Bradley Johnson | |
| ADP | 11/3/2023 | Direct Deposit | | $ 4,290.00 | Commission | Bradley Johnson | |
| ADP | 11/17/2023 | Direct Deposit | | $ 2,100.00 | Commission | Bradley Johnson | |
| ADP | 12/1/2023 | Direct Deposit | | $ 3,900.00 | Commission | Bradley Johnson | |
| ADP | 12/15/2023 | Direct Deposit | | $ 2,700.00 | Commission | Bradley Johnson | |
| ADP | 1/26/2024 | Direct Deposit | | $ 7,980.00 | Commission | Bradley Johnson | |
| ADP | 2/9/2024 | Direct Deposit | | $ 4,390.00 | Commission | Bradley Johnson | |
| ADP | 2/23/2024 | Direct Deposit | | $ 5,010.00 | Commission | Bradley Johnson | |
| ADP | 3/8/2024 | Direct Deposit | | $ 4,983.00 | Commission | Bradley Johnson | |
| ADP | 3/22/2024 | Direct Deposit | | $ 3,600.00 | Commission | Bradley Johnson | |
| ADP | 4/5/2024 | Direct Deposit | | $ 3,870.00 | Commission | Bradley Johnson | |
| ADP | 4/19/2024 | Direct Deposit | | $ 4,486.02 | Commission | Bradley Johnson | |
| ADP | 5/3/2024 | Direct Deposit | | $ 12,711.00 | Commission | Bradley Johnson | |
| ADP | 5/17/2024 | Direct Deposit | | $ 4,260.00 | Commission | Bradley Johnson | |
| ADP | 5/31/2024 | Direct Deposit | | $ 7,203.00 | Commission | Bradley Johnson | |
| ADP | 6/14/2024 | Direct Deposit | | $ 4,086.00 | Commission | Bradley Johnson | |
| | | | | | | | |
| | | | | **$ 80,369.02** | | | |

| | |
|---|---|
| **Net Gains** | **$ 80,369.02** |