EXHIBIT P

# Juana Flores-CF Renovation LLC Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 6/17/2022 | Direct Deposit | | $ 1,650.00 | Commission | CF Renovation LLC | |
| ADP | 7/1/2022 | Direct Deposit | | $ 330.00 | Commission | CF Renovation LLC | |
| ADP | 7/15/2022 | Direct Deposit | | $ 1,245.00 | Commission | CF Renovation LLC | |
| ADP | 7/29/2022 | Direct Deposit | | $ 220.00 | Commission | CF Renovation LLC | |
| ADP | 8/26/2022 | Direct Deposit | | $ 300.00 | Commission | CF Renovation LLC | |
| ADP | 9/23/2022 | Direct Deposit | | $ 1,815.00 | Commission | CF Renovation LLC | |
| ADP | 10/7/2022 | Direct Deposit | | $ 363.00 | Commission | CF Renovation LLC | |
| ADP | 10/21/2022 | Direct Deposit | | $ 2,311.50 | Commission | CF Renovation LLC | |
| ADP | 11/18/2022 | Direct Deposit | | $ 330.00 | Commission | CF Renovation LLC | |
| ADP | 12/16/2022 | Direct Deposit | | $ 2,196.50 | Commission | CF Renovation LLC | |
| ADP | 12/30/2022 | Direct Deposit | | $ 363.00 | Commission | CF Renovation LLC | |
| ADP | 1/13/2023 | Direct Deposit | | $ 266.20 | Commission | CF Renovation LLC | |
| ADP | 1/27/2023 | Direct Deposit | | $ 2,326.45 | Commission | CF Renovation LLC | |
| ADP | 2/10/2023 | Direct Deposit | | $ 2,326.45 | Commission | CF Renovation LLC | |
| ADP | 2/24/2023 | Direct Deposit | | $ 363.00 | Commission | CF Renovation LLC | |
| ADP | 3/10/2023 | Direct Deposit | | $ 420.00 | Commission | CF Renovation LLC | |
| ADP | 3/24/2023 | Direct Deposit | | $ 2,396.15 | Commission | CF Renovation LLC | |
| ADP | 4/7/2023 | Direct Deposit | | $ 373.00 | Commission | CF Renovation LLC | |
| ADP | 4/21/2023 | Direct Deposit | | $ 2,911.92 | Commission | CF Renovation LLC | |
| ADP | 5/19/2023 | Direct Deposit | | $ 399.30 | Commission | CF Renovation LLC | |
| ADP | 6/16/2023 | Direct Deposit | | $ 2,415.77 | Commission | CF Renovation LLC | |
| ADP | 6/30/2023 | Direct Deposit | | $ 2,615.77 | Commission | CF Renovation LLC | |
| ADP | 10/20/2023 | Direct Deposit | | $ 6,607.00 | Commission | CF Renovation LLC | |
| ADP | 11/17/2023 | Direct Deposit | | $ 1,439.80 | Commission | CF Renovation LLC | |
| ADP | 12/29/2023 | Direct Deposit | | $ 5,871.00 | Commission | CF Renovation LLC | |
| ADP | 1/26/2024 | Direct Deposit | | $ 605.37 | Commission | CF Renovation LLC | |
| ADP | 2/9/2024 | Direct Deposit | | $ 1,210.00 | Commission | CF Renovation LLC | |
| ADP | 3/22/2024 | Direct Deposit | | $ 4,649.35 | Commission | CF Renovation LLC | |
| ADP | 4/19/2024 | Direct Deposit | | $ 1,065.95 | Commission | CF Renovation LLC | |
| ADP | 5/17/2024 | Direct Deposit | | $ 1,851.00 | Commission | CF Renovation LLC | |
| ADP | 6/14/2024 | Direct Deposit | | $ 1,935.20 | Commission | CF Renovation LLC | |
| 1100009132951 | 3/24/2022 | Wire | $ 30,000.00 | | Investors | Juana Flores | 20220324-00004225 |
| 1100009132951 | 4/11/2022 | Wire | | $ 300.00 | Investors | Juana Flores | 20220411-00002386 |
| 1100009132951 | 4/22/2022 | Wire | | $ 500.00 | Investors | Juana Flores | 20220422-00007808 |
| 1100009132951 | 10/12/2022 | Wire | $ 50,000.00 | | Investors | Juana Flores or Rayner Corral-SOTO | 20221012-00021160 |
| 1100009132951 | 12/27/2022 | Wire | | $ 3,630.00 | Investors | Juana Flores | 20221227-00009972 |
| 1100009132951 | 1/13/2023 | Wire | | $ 5,000.00 | Investors | Rayner Corral | 20230113-00004170 |
| 1100009132951 | 3/24/2023 | Wire | | $ 2,630.00 | Investors | Juana Flores | 20230324-00002235 |
| 1100009132951 | 4/13/2023 | Wire | | $ 2,000.00 | Investors | Rayner Corral | 20230413-00010050 |
| 1100009132951 | 6/26/2023 | Wire | | $ 21,030.00 | Investors | Juana Flores | 20230626-00020089 |
| 1100009132951 | 7/17/2023 | Wire | | $ 58,300.00 | Investors | Rayner Corral | 20230717-00006616 |
| 1100009132951 | 9/25/2023 | Wire | | $ 2,000.00 | Investors | Juana Flores | 20230925-00007034 |
| 1100009132951 | 3/25/2024 | Wire | | $ 4,200.00 | Investors | Juana Flores | 20240325-00001124 |
| | | | | | | | |
| | | | **$ 80,000.00** | **$ 152,762.68** | | | |

| | |
|---|---|
| **Net Gains** | **$ 72,762.68** |