# EXHIBIT Q

## Gerald Jundt Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 05/20/22 | Direct Deposit | | $ 862.50 | Commission | Gerald Jundt | |
| ADP | 06/03/22 | Direct Deposit | | $ 100.00 | Commission | Gerald Jundt | |
| ADP | 06/17/22 | Direct Deposit | | $ 1,200.00 | Commission | Gerald Jundt | |
| ADP | 07/01/22 | Direct Deposit | | $ 220.00 | Commission | Gerald Jundt | |
| ADP | 07/29/22 | Direct Deposit | | $ 1,012.00 | Commission | Gerald Jundt | |
| ADP | 08/12/22 | Direct Deposit | | $ 877.50 | Commission | Gerald Jundt | |
| ADP | 08/26/22 | Direct Deposit | | $ 880.00 | Commission | Gerald Jundt | |
| ADP | 09/09/22 | Direct Deposit | | $ 1,320.00 | Commission | Gerald Jundt | |
| ADP | 09/23/22 | Direct Deposit | | $ 1,232.00 | Commission | Gerald Jundt | |
| ADP | 10/21/22 | Direct Deposit | | $ 832.85 | Commission | Gerald Jundt | |
| ADP | 11/04/22 | Direct Deposit | | $ 1,845.25 | Commission | Gerald Jundt | |
| ADP | 11/18/22 | Direct Deposit | | $ 302.50 | Commission | Gerald Jundt | |
| ADP | 12/02/22 | Direct Deposit | | $ 961.13 | Commission | Gerald Jundt | |
| ADP | 12/16/22 | Direct Deposit | | $ 220.00 | Commission | Gerald Jundt | |
| ADP | 12/30/22 | Direct Deposit | | $ 2,867.20 | Commission | Gerald Jundt | |
| ADP | 01/13/23 | Direct Deposit | | $ 260.00 | Commission | Gerald Jundt | |
| ADP | 01/27/23 | Direct Deposit | | $ 1,314.39 | Commission | Gerald Jundt | |
| ADP | 02/10/23 | Direct Deposit | | $ 1,364.28 | Commission | Gerald Jundt | |
| ADP | 02/24/23 | Direct Deposit | | $ 1,064.80 | Commission | Gerald Jundt | |
| ADP | 03/10/23 | Direct Deposit | | $ 1,706.10 | Commission | Gerald Jundt | |
| ADP | 03/24/23 | Direct Deposit | | $ 1,381.82 | Commission | Gerald Jundt | |
| ADP | 04/07/23 | Direct Deposit | | $ 550.00 | Commission | Gerald Jundt | |
| ADP | 04/21/23 | Direct Deposit | | $ 1,271.83 | Commission | Gerald Jundt | |
| ADP | 05/05/23 | Direct Deposit | | $ 2,020.00 | Commission | Gerald Jundt | |
| ADP | 05/19/23 | Direct Deposit | | $ 805.26 | Commission | Gerald Jundt | |
| ADP | 06/02/23 | Direct Deposit | | $ 266.20 | Commission | Gerald Jundt | |
| ADP | 07/28/23 | Direct Deposit | | $ 532.40 | Commission | Gerald Jundt | |
| 1100009132951 | 02/28/22 | Wire | | $ 1,000.00 | Investors | Nancy & Gerald Jundt | 20220228-00016611 |
| 1100009132951 | 03/10/22 | Wire | | $ 1,000.00 | Investors | Nancy & Gerald Jundt | 20220310-00016424 |
| 1100009132951 | 03/25/22 | Wire | | $ 450.00 | Investors | Nancy & Gerald Jundt | 20220325-00007271 |
| 1100009132951 | 04/08/22 | Wire | | $ 370.00 | Investors | Nancy & Gerald Jundt | 20220408-00003963 |
| 1100009132951 | 04/22/22 | Wire | | $ 550.00 | Investors | Nancy & Gerald Jundt | 20220422-00008171 |
| 1100009132951 | 05/06/22 | Wire | | $ 400.00 | Investors | Nancy & Gerald Jundt | 20220506-00008281 |
| 1100009132951 | 10/24/22 | Wire | | $ 6,050.00 | Investors | Nancy & Gerald Jundt | 20221024-00004464 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1100009132951 | 01/23/23 | Wire | | $ 6,550.00 | Investors | Nancy & Gerald Jundt | 20230123-00002150 |
| 1100009132951 | 07/24/23 | Wire | | $ 72,600.00 | Investors | Nancy & Gerald Jundt | 20230724-00009673 |
| 1100009132951 | 01/21/22 | Deposit | $ 50,000.00 | | Investors | Nancy Jundt & Gerald Jundt | |
| | | | | | | | |
| | | | **$ 50,000.00** | **$ 116,240.01** | | | |

| | |
|---|---|
| **Net Gains** | **$ 66,240.01** |