# EXHIBIT R

# Christy A Giroux Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 07/01/22 | Direct Deposit | | $ 1,050.00 | Commission | Christy A Giroux | |
| ADP | 10/07/22 | Direct Deposit | | $ 1,750.00 | Commission | Christy A Giroux | |
| ADP | 10/21/22 | Direct Deposit | | $ 1,200.00 | Commission | Christy A Giroux | |
| ADP | 12/30/22 | Direct Deposit | | $ 2,125.00 | Commission | Christy A Giroux | |
| ADP | 01/27/23 | Direct Deposit | | $ 1,720.00 | Commission | Christy A Giroux | |
| ADP | 04/07/23 | Direct Deposit | | $ 2,757.50 | Commission | Christy A Giroux | |
| ADP | 04/21/23 | Direct Deposit | | $ 1,892.00 | Commission | Christy A Giroux | |
| 1100009132951 | 03/25/22 | Wire | $ 25,000.00 | | Investors | Christy A Giroux TTEE | 20220325-00027006 |
| 1100009132951 | 04/11/22 | Wire | | $ 500.00 | Investors | Christy A Giroux | 20220411-00002387 |
| 1100009132951 | 06/23/22 | Wire | $ 25,000.00 | | Investors | Christy A Giroux TTEE | 20220623-00011545 |
| 1100009132951 | 09/27/22 | Wire | | $ 5,250.00 | Investors | Christy A Giroux | 20220927-00010748 |
| 1100009132951 | 10/12/22 | Wire | $ 60,000.00 | | Investors | CAHG RD LLC | 20221012-00021635 |
| 1100009132951 | 12/15/22 | Wire | $ 10,000.00 | | Investors | CAHG Enterprises LLC | 20221215-00016260 |
| 1100009132951 | 01/09/23 | Wire | $ 20,000.00 | | Investors | CAHG RD LLC | 20230109-00016050 |
| 1100009132951 | 03/22/23 | Wire | $ 10,000.00 | | Investors | CAHG Enterprises LLC | 20230322-00004018 |
| 1100009132951 | 06/26/23 | Wire | | $ 92,977.50 | Investors | CAHG Enterprises LLC | 20230626-00016493 |
| 1100009132951 | 07/17/23 | Wire | | $ 104,060.00 | Investors | CAHG RD LLC | 20230717-00006481 |
| | | | | | | | |
| | | | **$ 150,000.00** | **$ 215,282.00** | | | |

| | |
|---|---|
| **Net Gains** | **$ 65,282.00** |