# EXHIBIT S

## Sonny Home Buyers, Inc. Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 1/13/2023 | Direct Deposit | | $ 1,064.00 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 1/27/2023 | Direct Deposit | | $ 3,580.00 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 2/10/2023 | Direct Deposit | | $ 2,863.40 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 2/24/2023 | Direct Deposit | | $ 538.60 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 3/10/2023 | Direct Deposit | | $ 2,710.00 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 3/24/2023 | Direct Deposit | | $ 7,864.60 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 4/7/2023 | Direct Deposit | | $ 566.00 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 4/21/2023 | Direct Deposit | | $ 14,157.72 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 5/5/2023 | Direct Deposit | | $ 5,602.14 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 5/19/2023 | Direct Deposit | | $ 1,830.06 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 6/2/2023 | Direct Deposit | | $ 1,100.00 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 6/16/2023 | Direct Deposit | | $ 400.00 | Commission | Sonny Home Buyers, Inc. | |
| ADP | 6/30/2023 | Direct Deposit | | $ 1,080.00 | Commission | Sonny Home Buyers, Inc. | |
| ***2951 | 6/22/2022 | Deposit | $ 20,000.00 | | Investment | Sonny Home Buyers, Inc. | |
| ***2951 | 9/26/2022 | Wire | | $ 22,000.00 | Investment | Sonny Home Buyers, Inc. | 20220926-00013322 |
| ***2951 | 9/30/2022 | Deposit | $ 20,000.00 | | Investment | Sonny Home Buyers, Inc. | |
| ***2951 | 1/3/2023 | Wire | | $ 22,000.00 | Investment | Sonny Home Buyers, Inc. | 20230103-00010799 |
| | | | | | | | |
| | | | **$ 40,000.00** | **$ 87,356.52** | | | |

| | |
|---|---|
| **Net Gain** | **$ 47,356.52** |