# EXHIBIT T

# John W Yoash Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Indivdual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 9/9/2022 | Direct Deposit | | $ 618.30 | Commission | John W Yoash | |
| ADP | 9/23/2022 | Direct Deposit | | $ 3,600.00 | Commission | John W Yoash | |
| ADP | 10/7/2022 | Direct Deposit | | $ 4,104.89 | Commission | John W Yoash | |
| ADP | 10/21/2022 | Direct Deposit | | $ 2,706.11 | Commission | John W Yoash | |
| ADP | 11/4/2022 | Direct Deposit | | $ 400.00 | Commission | John W Yoash | |
| ADP | 11/18/2022 | Direct Deposit | | $ 700.00 | Commission | John W Yoash | |
| ADP | 12/16/2022 | Direct Deposit | | $ 680.13 | Commission | John W Yoash | |
| ADP | 12/30/2022 | Direct Deposit | | $ 5,114.72 | Commission | John W Yoash | |
| ADP | 1/13/2023 | Direct Deposit | | $ 4,345.60 | Commission | John W Yoash | |
| ADP | 1/27/2023 | Direct Deposit | | $ 2,787.10 | Commission | John W Yoash | |
| ADP | 2/10/2023 | Direct Deposit | | $ 1,370.00 | Commission | John W Yoash | |
| ADP | 3/10/2023 | Direct Deposit | | $ 1,321.29 | Commission | John W Yoash | |
| ADP | 3/24/2023 | Direct Deposit | | $ 3,930.00 | Commission | John W Yoash | |
| ADP | 4/7/2023 | Direct Deposit | | $ 6,338.85 | Commission | John W Yoash | |
| ADP | 4/21/2023 | Direct Deposit | | $ 3,023.81 | Commission | John W Yoash | |
| ADP | 5/5/2023 | Direct Deposit | | $ 847.00 | Commission | John W Yoash | |
| ADP | 5/19/2023 | Direct Deposit | | $ 1,088.54 | Commission | John W Yoash | |
| ADP | 6/30/2023 | Direct Deposit | | $ 918.47 | Commission | John W Yoash | |
| | | | | | | | |
| | | | **$ -** | **$ 43,894.81** | | | |

| | |
|---|---|
| **Net Gains** | **$ 43,894.81** |