# EXHIBIT U

# Lorenzo Linarducci Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 9/8/2023 | Direct Deposit | | $ 880.00 | Commission | Lorenzo Linarducci | |
| ADP | 1/12/2024 | Direct Deposit | | $ 3,300.00 | Commission | Lorenzo Linarducci | |
| ADP | 2/9/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 2/23/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 3/8/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 3/22/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 4/5/2024 | Direct Deposit | | $ 2,300.00 | Commission | Lorenzo Linarducci | |
| ADP | 4/19/2024 | Direct Deposit | | $ 3,300.00 | Commission | Lorenzo Linarducci | |
| ADP | 5/3/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 5/17/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 5/31/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 6/14/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 6/28/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 7/12/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 7/26/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| ADP | 8/9/2024 | Direct Deposit | | $ 2,800.00 | Commission | Lorenzo Linarducci | |
| | | | | | | | |
| | | | | **$ 43,380.00** | | | |

| | |
|---|---|
| **Net Gains** | **$ 43,380.00** |