# EXHIBIT V

## Darlene De la Plata Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 6/17/2022 | Direct Deposit | | $ 2,000.00 | Commission | Darlene De La Plata | |
| ADP | 8/12/2022 | Direct Deposit | | $ 462.50 | Commission | Darlene De La Plata | |
| ADP | 8/26/2022 | Direct Deposit | | $ 250.00 | Commission | Darlene De La Plata | |
| ADP | 9/9/2022 | Direct Deposit | | $ 2,200.00 | Commission | Darlene De La Plata | |
| ADP | 10/7/2022 | Direct Deposit | | $ 1,800.00 | Commission | Darlene De La Plata | |
| ADP | 11/4/2022 | Direct Deposit | | $ 285.00 | Commission | Darlene De La Plata | |
| ADP | 11/18/2022 | Direct Deposit | | $ 582.75 | Commission | Darlene De La Plata | |
| ADP | 12/2/2022 | Direct Deposit | | $ 4,695.00 | Commission | Darlene De La Plata | |
| ADP | 12/16/2022 | Direct Deposit | | $ 892.50 | Commission | Darlene De La Plata | |
| ADP | 12/30/2022 | Direct Deposit | | $ 1,260.50 | Commission | Darlene De La Plata | |
| ADP | 2/10/2023 | Direct Deposit | | $ 4,852.78 | Commission | Darlene De La Plata | |
| ADP | 2/24/2023 | Direct Deposit | | $ 2,577.50 | Commission | Darlene De La Plata | |
| ADP | 3/10/2023 | Direct Deposit | | $ 2,706.75 | Commission | Darlene De La Plata | |
| ADP | 3/24/2023 | Direct Deposit | | $ 4,870.00 | Commission | Darlene De La Plata | |
| ADP | 4/7/2023 | Direct Deposit | | $ 2,299.00 | Commission | Darlene De La Plata | |
| ADP | 4/21/2023 | Direct Deposit | | $ 1,529.55 | Commission | Darlene De La Plata | |
| ADP | 5/5/2023 | Direct Deposit | | $ 4,910.00 | Commission | Darlene De La Plata | |
| ADP | 5/19/2023 | Direct Deposit | | $ 2,849.75 | Commission | Darlene De La Plata | |
| ADP | 6/2/2023 | Direct Deposit | | $ 1,842.90 | Commission | Darlene De La Plata | |
| ADP | 6/16/2023 | Direct Deposit | | $ 1,485.00 | Commission | Darlene De La Plata | |
| | | | | | | | |
| | | | | **$ 44,351.48** | | | |

| | |
|---|---|
| **Net Gains** | **$ 44,351.48** |