# EXHIBIT W

## Wealth DNA LLC Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 9/8/2023 | Direct Deposit | | $ 800.00 | Commission | Wealth DNA LLC | |
| ADP | 12/1/2023 | Direct Deposit | | $ 6,600.27 | Commission | Wealth DNA LLC | |
| ADP | 1/12/2024 | Direct Deposit | | $ 1,200.00 | Commission | Wealth DNA LLC | |
| ADP | 2/23/2024 | Direct Deposit | | $ 3,869.90 | Commission | Wealth DNA LLC | |
| ADP | 3/8/2024 | Direct Deposit | | $ 6,600.30 | Commission | Wealth DNA LLC | |
| ADP | 4/19/2024 | Direct Deposit | | $ 1,320.00 | Commission | Wealth DNA LLC | |
| ADP | 5/3/2024 | Direct Deposit | | $ 2,437.35 | Commission | Wealth DNA LLC | |
| ADP | 5/31/2024 | Direct Deposit | | $ 12,117.00 | Commission | Wealth DNA LLC | |
| ADP | 6/14/2024 | Direct Deposit | | $ 3,600.00 | Commission | Wealth DNA LLC | |
| | | | | | | | |
| | | | | **$ 38,544.82** | | | |

| | |
|---|---|
| **Net Gains** | **$ 38,544.82** |