# EXHIBIT X

## David Munoz - Su Buena Salud Inc. Transctions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 2/10/2023 | Direct Deposit | | $ 300.00 | Commission | Su Buena Salud Inc | |
| ADP | 2/24/2023 | Direct Deposit | | $ 900.00 | Commission | Su Buena Salud Inc | |
| ADP | 3/24/2023 | Direct Deposit | | $ 200.00 | Commission | Su Buena Salud Inc | |
| ADP | 5/5/2023 | Direct Deposit | | $ 530.00 | Commission | Su Buena Salud Inc | |
| ADP | 5/19/2023 | Direct Deposit | | $ 1,670.00 | Commission | Su Buena Salud Inc | |
| ADP | 6/16/2023 | Direct Deposit | | $ 220.00 | Commission | Su Buena Salud Inc | |
| ADP | 7/28/2023 | Direct Deposit | | $ 1,803.00 | Commission | Su Buena Salud Inc | |
| ADP | 9/8/2023 | Direct Deposit | | $ 1,760.00 | Commission | Su Buena Salud Inc | |
| ADP | 9/22/2023 | Direct Deposit | | $ 1,484.00 | Commission | Su Buena Salud Inc | |
| ADP | 10/6/2023 | Direct Deposit | | $ 500.00 | Commission | Su Buena Salud Inc | |
| ADP | 10/20/2023 | Direct Deposit | | $ 1,902.60 | Commission | Su Buena Salud Inc | |
| ADP | 12/1/2023 | Direct Deposit | | $ 2,900.00 | Commission | Su Buena Salud Inc | |
| ADP | 12/15/2023 | Direct Deposit | | $ 1,040.00 | Commission | Su Buena Salud Inc | |
| ADP | 12/29/2023 | Direct Deposit | | $ 1,432.40 | Commission | Su Buena Salud Inc | |
| ADP | 1/12/2024 | Direct Deposit | | $ 1,680.00 | Commission | Su Buena Salud Inc | |
| ADP | 1/26/2024 | Direct Deposit | | $ 950.00 | Commission | Su Buena Salud Inc | |
| ADP | 2/9/2024 | Direct Deposit | | $ 3,012.86 | Commission | Su Buena Salud Inc | |
| ADP | 2/23/2024 | Direct Deposit | | $ 2,078.04 | Commission | Su Buena Salud Inc | |
| ADP | 3/8/2024 | Direct Deposit | | $ 3,384.00 | Commission | Su Buena Salud Inc | |
| ADP | 3/22/2024 | Direct Deposit | | $ 1,745.64 | Commission | Su Buena Salud Inc | |
| ADP | 4/5/2024 | Direct Deposit | | $ 1,350.00 | Commission | Su Buena Salud Inc | |
| ADP | 5/17/2024 | Direct Deposit | | $ 9,811.14 | Commission | Su Buena Salud Inc | |
| ADP | 5/31/2024 | Direct Deposit | | $ 4,891.84 | Commission | Su Buena Salud Inc | |
| ADP | 6/14/2024 | Direct Deposit | | $ 2,358.40 | Commission | Su Buena Salud Inc | |
| 1100009132951 | 2/8/2023 | Wire | $ 20,000.00 | | Investors | David Munoz | 20230208-00019326 |
| 1100009132951 | 5/9/2023 | Wire | | $ 2,000.00 | Investors | David Munoz | 20230509-00007444 |
| 1100009132951 | 11/9/2023 | Wire | | $ 2,000.00 | Investors | David Munoz | 20231109-00008332 |
| 1100009132951 | 1/30/2024 | Wire | $ 20,000.00 | | Investors | David Munoz and Betzaida Munoz | 20240130-00018748 |
| 1100009132951 | 3/8/2024 | Wire | | $ 24,420.00 | Investors | David Munoz | 20240308-00010402 |
| | | | | | | | |
| | | | **$ 40,000.00** | **$ 76,323.92** | | | |

| | |
|---|---|
| **Net Gains** | **$ 36,323.92** |