# EXHIBIT Y

# Martha Patino Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 45317 | Direct Deposit | | $ 3,100.00 | Commission | Martha Patino | |
| ADP | 45331 | Direct Deposit | | $ 600.00 | Commission | Martha Patino | |
| ADP | 45345 | Direct Deposit | | $ 600.00 | Commission | Martha Patino | |
| ADP | 45359 | Direct Deposit | | $ 2,500.00 | Commission | Martha Patino | |
| ADP | 45373 | Direct Deposit | | $ 1,200.00 | Commission | Martha Patino | |
| ADP | 45387 | Direct Deposit | | $ 5,800.00 | Commission | Martha Patino | |
| ADP | 45401 | Direct Deposit | | $ 5,600.00 | Commission | Martha Patino | |
| ADP | 45415 | Direct Deposit | | $ 3,620.00 | Commission | Martha Patino | |
| ADP | 45429 | Direct Deposit | | $ 1,440.00 | Commission | Martha Patino | |
| ADP | 45443 | Direct Deposit | | $ 6,710.00 | Commission | Martha Patino | |
| ADP | 45457 | Direct Deposit | | $ 4,620.00 | Commission | Martha Patino | |
| | | | | | | | |
| | | | | **$ 35,790.00** | | | |

| | |
|---|---|
| **Net Gains** | **$ 35,790.00** |