# EXHIBIT Z

## Delia Wilson Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 10/20/2023 | Direct Deposit | | $ 600.00 | Commission | Delia Wilson | |
| ADP | 11/17/2023 | Direct Deposit | | $ 566.23 | Commission | Delia Wilson | |
| ADP | 12/15/2023 | Direct Deposit | | $ 1,800.00 | Commission | Delia Wilson | |
| ADP | 12/29/2023 | Direct Deposit | | $ 9,282.06 | Commission | Delia Wilson | |
| ADP | 1/12/2024 | Direct Deposit | | $ 1,260.00 | Commission | Delia Wilson | |
| ADP | 2/9/2024 | Direct Deposit | | $ 2,460.00 | Commission | Delia Wilson | |
| ADP | 2/23/2024 | Direct Deposit | | $ 2,212.85 | Commission | Delia Wilson | |
| ADP | 3/8/2024 | Direct Deposit | | $ 1,290.00 | Commission | Delia Wilson | |
| ADP | 3/22/2024 | Direct Deposit | | $ 2,097.99 | Commission | Delia Wilson | |
| ADP | 4/5/2024 | Direct Deposit | | $ 11,050.26 | Commission | Delia Wilson | |
| ADP | 4/19/2024 | Direct Deposit | | $ 7,354.38 | Commission | Delia Wilson | |
| 1100009132951 | 4/22/2024 | Wire | $ 20,000.00 | | Investors | Delia Wilson | 20240422-00028367 |
| ADP | 5/3/2024 | Direct Deposit | | $ 3,306.00 | Commission | Delia Wilson | |
| ADP | 5/17/2024 | Direct Deposit | | $ 7,471.89 | Commission | Delia Wilson | |
| ADP | 5/31/2024 | Direct Deposit | | $ 1,371.09 | Commission | Delia Wilson | |
| ADP | 6/14/2024 | Direct Deposit | | $ 2,119.50 | Commission | Delia Wilson | |
| | | | | | | | |
| | | | **$ 20,000.00** | **$ 54,242.25** | | | |

| | |
|---|---|
| **Net Gains** | **$ 34,242.25** |