# EXHIBIT AA

## Hi Leverage Financial LLC Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Indivdual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 2/9/2024 | Direct Deposit | | $ 6,400.00 | Commission | Hi Leverage Financial LLC | |
| ADP | 2/23/2024 | Direct Deposit | | $ 4,400.00 | Commission | Hi Leverage Financial LLC | |
| ADP | 3/8/2024 | Direct Deposit | | $ 800.00 | Commission | Hi Leverage Financial LLC | |
| ADP | 4/19/2024 | Direct Deposit | | $ 5,050.00 | Commission | Hi Leverage Financial LLC | |
| ADP | 5/3/2024 | Direct Deposit | | $ 5,080.00 | Commission | Hi Leverage Financial LLC | |
| ADP | 5/17/2024 | Direct Deposit | | $ 6,980.00 | Commission | Hi Leverage Financial LLC | |
| ADP | 5/31/2024 | Direct Deposit | | $ 2,480.00 | Commission | Hi Leverage Financial LLC | |
| | | | | | | | |
| | | | | **$ 31,190.00** | | | |

| | |
|---|---|
| **Net Gains** | **$ 31,190.00** |