# EXHIBIT BB

# Heather Tubbs Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 8/12/2022 | Check | | $ 605.00 | Commission | Heather Tubbs | |
| ADP | 10/7/2022 | Direct Deposit | | $ 3,345.00 | Commission | Heather Tubbs | |
| ADP | 11/18/2022 | Direct Deposit | | $ 1,065.50 | Commission | Heather Tubbs | |
| ADP | 12/2/2022 | Direct Deposit | | $ 550.00 | Commission | Heather Tubbs | |
| ADP | 12/30/2022 | Direct Deposit | | $ 2,464.00 | Commission | Heather Tubbs | |
| ADP | 2/10/2023 | Direct Deposit | | $ 6,732.06 | Commission | Heather Tubbs | |
| ADP | 2/24/2023 | Direct Deposit | | $ 1,045.00 | Commission | Heather Tubbs | |
| ADP | 3/24/2023 | Direct Deposit | | $ 2,500.00 | Commission | Heather Tubbs | |
| ADP | 4/7/2023 | Direct Deposit | | $ 3,388.00 | Commission | Heather Tubbs | |
| ADP | 5/5/2023 | Direct Deposit | | $ 6,300.00 | Commission | Heather Tubbs | |
| ADP | 5/19/2023 | Direct Deposit | | $ 1,149.50 | Commission | Heather Tubbs | |
| ADP | 6/16/2023 | Direct Deposit | | $ 2,750.00 | Commission | Heather Tubbs | |
| | | | | | | | |
| | | | | **$ 31,894.06** | | | |

| | |
|---|---|
| **Net Gains** | **$ 31,894.06** |