# EXHIBIT CC

## Richard Greenman Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 45261 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45275 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45289 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45317 | Direct Deposit | | $ 3,158.00 | Commission | Richard Greenman | |
| ADP | 45331 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45345 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45359 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45373 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45387 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45401 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45415 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45429 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45443 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| ADP | 45457 | Direct Deposit | | $ 1,579.00 | Commission | Richard Greenman | |
| | | | | | | | |
| | | | | **$ 23,685.00** | | | |

| | |
|---|---|
| **Net Gains** | **$ 23,685.00** |