# EXHIBIT DD

## Jason Struthers Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 11/3/2023 | Direct Deposit | | $ 2,820.00 | Commission | Jason Struthers | |
| ADP | 11/17/2023 | Direct Deposit | | $ 600.00 | Commission | Jason Struthers | |
| ADP | 1/26/2024 | Direct Deposit | | $ 1,485.00 | Commission | Jason Struthers | |
| ADP | 2/9/2024 | Direct Deposit | | $ 660.00 | Commission | Jason Struthers | |
| ADP | 2/23/2024 | Direct Deposit | | $ 600.00 | Commission | Jason Struthers | |
| ADP | 3/8/2024 | Direct Deposit | | $ 3,000.00 | Commission | Jason Struthers | |
| ADP | 4/19/2024 | Direct Deposit | | $ 1,207.50 | Commission | Jason Struthers | |
| ADP | 5/3/2024 | Direct Deposit | | $ 726.00 | Commission | Jason Struthers | |
| ADP | 5/17/2024 | Direct Deposit | | $ 2,151.00 | Commission | Jason Struthers | |
| ADP | 5/31/2024 | Direct Deposit | | $ 7,951.80 | Commission | Jason Struthers | |
| | | | | | | | |
| | | | | **$ 21,201.30** | | | |

| | |
|---|---|
| **Net Gains** | **$ 21,201.30** |