# EXHIBIT EE

# Monique Myrick Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 8/12/2022 | Direct Deposit | | $ 2,288.80 | Commission | Monique Myrick | |
| ADP | 11/4/2022 | Direct Deposit | | $ 605.00 | Commission | Monique Myrick | |
| ADP | 11/18/2022 | Direct Deposit | | $ 1,901.64 | Commission | Monique Myrick | |
| ADP | 12/2/2022 | Direct Deposit | | $ 200.00 | Commission | Monique Myrick | |
| ADP | 2/10/2023 | Direct Deposit | | $ 2,592.30 | Commission | Monique Myrick | |
| ADP | 2/24/2023 | Direct Deposit | | $ 220.00 | Commission | Monique Myrick | |
| ADP | 5/5/2023 | Direct Deposit | | $ 2,851.53 | Commission | Monique Myrick | |
| ADP | 6/2/2023 | Direct Deposit | | $ 242.00 | Commission | Monique Myrick | |
| ****2951 | 2/25/2022 | Wire | | $ 1,440.00 | Investment | Monique Myrick | 20220225-00019430 |
| ****2951 | 5/6/2022 | Wire | | $ 2,084.00 | Investment | Monique Myrick | 20220506-00008455 |
| ****2951 | 11/21/2022 | Wire | $ 20,000.00 | | Investment | Monique Myrick | 20221121-00020081 |
| ****2951 | 8/22/2023 | Wire | | $ 26,620.00 | Investment | Monique Myrick | 20230822-00006994 |
| | | | | | | | |
| | | | **$ 20,000.00** | **$ 41,045.27** | | | |

| | |
|---|---|
| **Net Gain** | **$ 21,045.27** |