# EXHIBIT FF

## Michael Breshears Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 5/3/2024 | Direct Deposit | | $ 4,350.00 | Commission | Michael Breshears | |
| ADP | 5/17/2024 | Direct Deposit | | $ 7,725.00 | Commission | Michael Breshears | |
| ADP | 5/31/2024 | Direct Deposit | | $ 6,730.00 | Commission | Michael Breshears | |
| ADP | 6/14/2024 | Direct Deposit | | $ 600.00 | Commission | Michael Breshears | |
| | | | | | | | |
| | | | | **$ 19,405.00** | | | |

| | |
|---|---|
| **Net Gains** | **$ 19,405.00** |