# EXHIBIT GG

## Advanced Agent Services Inc. Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| 1100009132951 | 4/11/2022 | Wire | | $ 250.00 | Commission | Advanced Agent Services Inc | 20220411-00002348 |
| 1100009132951 | 4/22/2022 | Wire | | $ 400.00 | Commission | Advanced Agent Services Inc | 20220422-00008068 |
| ADP | 6/17/2022 | Direct Deposit | | $ 730.00 | Commission | Advanced Agent Services Inc | |
| ADP | 7/1/2022 | Direct Deposit | | $ 1,325.00 | Commission | Advanced Agent Services Inc | |
| ADP | 7/29/2022 | Direct Deposit | | $ 690.00 | Commission | Advanced Agent Services Inc | |
| ADP | 9/9/2022 | Direct Deposit | | $ 583.00 | Commission | Advanced Agent Services Inc | |
| ADP | 9/23/2022 | Direct Deposit | | $ 1,100.00 | Commission | Advanced Agent Services Inc | |
| ADP | 10/7/2022 | Direct Deposit | | $ 875.00 | Commission | Advanced Agent Services Inc | |
| ADP | 10/21/2022 | Direct Deposit | | $ 600.00 | Commission | Advanced Agent Services Inc | |
| ADP | 11/4/2022 | Direct Deposit | | $ 484.00 | Commission | Advanced Agent Services Inc | |
| ADP | 11/18/2022 | Direct Deposit | | $ 275.00 | Commission | Advanced Agent Services Inc | |
| ADP | 12/16/2022 | Direct Deposit | | $ 1,851.30 | Commission | Advanced Agent Services Inc | |
| ADP | 12/30/2022 | Direct Deposit | | $ 1,362.50 | Commission | Advanced Agent Services Inc | |
| ADP | 1/27/2023 | Direct Deposit | | $ 1,392.40 | Commission | Advanced Agent Services Inc | |
| ADP | 2/10/2023 | Direct Deposit | | $ 100.00 | Commission | Advanced Agent Services Inc | |
| ADP | 2/24/2023 | Direct Deposit | | $ 302.50 | Commission | Advanced Agent Services Inc | |
| ADP | 3/10/2023 | Direct Deposit | | $ 1,571.63 | Commission | Advanced Agent Services Inc | |
| ADP | 3/24/2023 | Direct Deposit | | $ 1,394.80 | Commission | Advanced Agent Services Inc | |
| ADP | 4/7/2023 | Direct Deposit | | $ 1,378.75 | Commission | Advanced Agent Services Inc | |
| ADP | 5/5/2023 | Direct Deposit | | $ 585.64 | Commission | Advanced Agent Services Inc | |
| ADP | 5/19/2023 | Direct Deposit | | $ 332.75 | Commission | Advanced Agent Services Inc | |
| ADP | 6/16/2023 | Direct Deposit | | $ 732.05 | Commission | Advanced Agent Services Inc | |
| | | | | | | | |
| | | | | **$ 18,316.32** | | | |

| | |
|---|---|
| **Net Gains** | **$ 18,316.32** |