**EXHIBIT HH**

# Best Financial Partners Transactions

| Account | Date | Type | Deposits | Withdrawals | Category | Individual/Entity | Wire Reference |
|---|---|---|---|---|---|---|---|
| ADP | 6/14/2024 | Direct Deposit | | $ 4,200.00 | Commission | Best Financial Partners | |
| ADP | 5/31/2024 | Direct Deposit | | $ 9,150.00 | Commission | Best Financial Partners | |
| | | | | | | | |
| | | | | **$ 13,350.00** | | | |

| | |
|---|---|
| **Net Gains** | **$ 13,350.00** |