**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| KENNETH D MURENA, in his capacity as court-appointed Receiver for DRIVE PLANNING,<br><br>Plaintiff,<br><br>v.<br><br>MARK HAYE et al.,<br><br>Defendants. | Civil Action No.<br>1:26-cv-03668-VMC |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("JPRDP") form completed and filed by the Parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

**Discovery ends February 26, 2027. Defendants' request for phased discovery is denied.**

**SO ORDERED** this 11th day of September, 2026.

Victoria Marie Calvert
United States District Judge